No. 256.  PETERS *v.* UNITED STATES.  C. C. A. 8th. Certiorari denied. *Norman L. Meyers* for petitioner. *Solicitor General Perlman,* Assistant Attorney General *Quinn, Philip Elman, Robert S Erdahl* and *Irving S. Shapiro* for the United States.

No. 812.  McKEWEN *v.* McKEWEN ET AL.  C. C. A. 5th. Certiorari denied. *Garner W. Green* and *P. Z. Jones* for petitioner. *Solicitor General Perlman* for the United States, and *S. M. Graham* for Marjorie L. McKewen, respondents.

No. 408, Misc.  CARMELO *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 444, Misc.  HALEY *v.* STEWART, WARDEN.  Supreme Court of Missouri.  Certiorari denied.  Petitioner *pro se.  J. E. Taylor,* Attorney General of Missouri, and *Tyre W. Burton,* Assistant Attorney General, for respondent.

No. 466, Misc.  RITCHIE (ARON) *v.* DRIER ET AL. United States Court of Appeals for the District of Columbia.  Certiorari denied. *Robert C. Bell, Jr.* for petitioner. *Bernard J. Gallagher* and *M. Walton Hendry* for Drier; *Richard L. Merrick* for Aron; and *Soterios Nicholson* for Stern Brothers et al., respondents.

No. 504, Misc.  MOSS *v.* HUNTER, WARDEN.  C. C. A. 10th.  Certiorari denied.

No. 511, Misc.  SOLIS *v.* CLEMMER, DIRECTOR.  United States Court of Appeals for the District of Columbia.